UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELEANOR C. MOSS, as Personal
Representative of the Estate of Roy L. Moss,
deceased,

    Plaintiff,

v.                                                        Case No.  5:10-cv-104-Oc-10TBS

GEICO INDEMNITY COMPANY,

    Defendant.
_____

## ORDER

Pending before the Court is the Notice of Withdrawal as Counsel of Record, which the Court will construe as Plaintiff's counsel's Motion to Withdraw.  (Doc. 58). Plaintiff's counsel seeks to withdraw Michael R. Santana, Esquire as attorney-of-record in this case.  (Id.).   Upon review of the docket, the Court is satisfied that Plaintiff remains represented by the law firm of Liggio Benrubi P.A. and attorney Jeffrey M. Liggio, Esquire.  Upon consideration of the foregoing, the Court GRANTS the motion and directs the Clerk to (a) TERMINATE Mr. Santana as an attorney-of-record in this case, (b) REMOVE him from the CM/ECF service list, and (c) DISCONTINUE sending pleadings and Orders to him in connection with this matter.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on March 21, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel